UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>OMNIBUS SUBSTITUTION AND/OR WITHDRAWAL OF APPEARANCE ON BEHALF OF THE UNITED STATES TRUSTEE | Miscellaneous Proceeding No. |

**OMNIBUS SUBSTITUTION AND/OR WITHDRAWAL OF APPEARANCE
ON BEHALF OF THE UNITED STATES TRUSTEE**

Nancy J. Gargula, United States Trustee, by Ronald J. Moore, Assistant United States Trustee, respectfully submits this Omnibus Substitution and/or Withdrawal of Appearance on Behalf of the United States Trustee. In support of such request, the U.S. Trustee states:

1.     Laura DuVall ("Attorney DuVall") is currently employed by the United States Trustee as a Trial Attorney.

2.     Attorney DuVall has submitted her resignation to the United States Trustee and will be leaving her employment with the United States Trustee as of October 4, 2025.

3.     Attorney DuVall appears as the attorney of record for the United States Trustee in 69 cases open with the Court ("Open Cases").

4.     In 52 of the Open Cases the United States Trustee has determined that successor counsel for the United States Trustee is not required. The United States Trustee requests that the Court terminate/withdraw Attorney

DuVall's appearance on behalf of the United States Trustee in those cases as listed on Exhibit "A" attached hereto.

5.     In 12 Open Cases, the United States Trustee has determined that successor counsel is required and requests that the Court substitute the attorney appearance of Trial Attorney Damaris Rosich-Schwartz or Trial Attorney Matthew Miller in those cases. Exhibits "B" and "C" detail those cases that should be assigned each successor attorney.

6.     In two Open Cases, Trial Attorney Damaris Rosich-Schwartz has previously entered her attorney appearance and the United States Trustee requests that Attorney DuVall's attorney appearance be withdrawn in those cases. These cases are listed in Exhibit "D".

7.     Finally, there are three additional Open Cases in which the United States Trustee will file a traditional Notice of Substitution of Appearance and Withdrawal of Attorney in the event it becomes necessary to do so.

WHEREFORE, the United States Trustee respectfully requests this Court grant the relief requested and that the Court grant such further relief as is just and proper.

<div style="margin-left:40%">

Respectfully submitted,

NANCY J. GARGULA
UNITED STATES TRUSTEE

By:   /s/ Ronald J. Moore
      Ronald J. Moore
      Assistant United States Trustee
      Office of the United States Trustee
      Birch Bayh Federal Bldg. and
      United States Courthouse
      46 E. Ohio St., Room 520

</div>

<div style="text-align:center">2</div>

Indianapolis, IN 46204
317-226-6101
Ronald.Moore@usdoj.gov

# EXHIBIT A

## Cases With No Successor Attorney Required

12-04713
16-07207
16-09511
18-09528
20-02240
20-02459
20-05943
21-01936
21-02918
21-03532
21-05510
22-00950
22-70619
22-90133
22-90914
22-90932
23-00252
23-00627
23-02122
23-02448
23-02634
23-03140
23-03938
23-70237
23-70732
23-70846
23-90226
24-05236
24-05636
24-90241
24-91130
25-01054
25-01730
25-01736
25-01840
25-01932
25-02349
25-02944
25-02951
25-03034
25-03059

2

25-03558
25-03849
25-04048
25-04085
25-04256
25-04370
25-04453
25-04626
25-04952
25-05335
25-70350

2

**Exhibit B**
**Cases Where Damaris Rosich-Schwartz is Successor Attorney**

20-01963
22-03961
22-04156
22-90290
25-02164
25-02165
25-02780

**Exhibit C**
**Cases Where Matthew Miller is Successor Attorney**

21-05540
21-90826
25-03349
25-03729
25-90702

**Exhibit D**
**Cases Where a Successor Attorney Has Already Appeared**

20-04977
23-90897